Fleur T. TEHRANI, Ph.D.,
**Plaintiff–Appellee,**

v.

**POLAR ELECTRO INC. and Polar Electro Oy, Defendants– Appellants.**

No. 2010–1152.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2010.

William C. Rooklidge, Howrey LLP, of Irvine, CA, argued for plaintiff-appellee. With him on the brief were Martha K. Gooding and Ryan E. Lindsey.

John P. Moran, Holland & Knight, LLP, of Washington, DC, argued for defendants-appellants. With him on the brief was Joshua C. Krumholz, of Boston, MA. Of counsel was Benjamin D. Enerson, of Boston, MA.

Before RADER, Chief Judge, NEWMAN and CLEVENGER, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**